

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CASE NO. 9:04-CR-50 |
| | § | |
| DANNIE HASKINS | § | |

## MEMORANDUM ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON REVOCATION

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(I) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of Defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Petition Requesting Revocation of Supervised Release* [doc. #76]. The magistrate judge recommended that the Court revoke Defendant's supervised release and impose a term of imprisonment for the revocation.

The parties have not objected to Judge Giblin's report.  After review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation* [doc. #76] is **ADOPTED.** The Court finds that Defendant, Dannie Haskins, violated conditions of his supervised release.  The Court accordingly **ORDERS** that the Defendant's term of supervision is **REVOKED**.  Pursuant to the magistrate judge's recommendation, the Court **ORDERS** Defendant to serve a term of eight (8) months imprisonment for the revocation, with credit for time spent in federal custody on this revocation proceeding.  No further term of supervised release is ordered.

**SIGNED** this the **14** day of **October, 2010.**

_____
Thad Heartfield
United States District Judge